**NOT DESIGNATED FOR PUBLICATION**

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

KA04-822 consolidated with KA04-823

STATE OF LOUISIANA

VERSUS

EUGENE H. MOORE

**********

APPEAL FROM THE
THIRTY-EIGHTH JUDICIAL DISTRICT COURT
PARISH OF CAMERON, NO. 80754
HONORABLE H. WARD FONTENOT, DISTRICT JUDGE

**********

BILLIE COLOMBARO WOODARD
JUDGE

**********

Court composed of Billie Colombaro Woodard, Marc T. Amy, and Billy Howard Ezell, Judges.

CONVICTION AFFIRMED. SENTENCE IMPOSED ON MARCH 30, 2004 VACATED AND SET ASIDE. RESENTENCING ORDERED WITH INSTRUCTIONS. MOTION TO WITHDRAW DENIED.

Cecil R. Sanner
Cameron Parish District Attorney's
Office
Post Office Box 280
Cameron, Louisiana 70631
(337) 775-5713
Counsel for: State/Appellee
State of Louisiana

Kenota Pulliam Johnson
Louisiana Appellate Project
Post Office Box 5781
Shreveport, Louisiana 71135
(318) 524-1024
Counsel for: Defendant/Appellant
Eugene H. Moore